UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FIDELITY & DEPOSIT COMPANY** ) | |
| **OF MARYLAND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:04-1121 |
| v. ) | |
| ) | Consolidated with |
| **WESTERN EXPRESS, INC.,** ) | Case No. 3:05-0039 |
| ) | |
| **Defendant.** ) | **JUDGE TRAUGER** |
| ------------------------------------------------------- | |
| **WESTERN EXPRESS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **LEXINGTON INSURANCE COMPANY** ) | |
| **and FIDELITY & DEPOSIT COMPANY** ) | |
| **OF MARYLAND,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment of Fidelity & Deposit Company of Maryland (Docket No. 40) and the Motion for Summary Judgment of Lexington Insurance Company (Docket No. 58) are **DENIED**. The Motion for Summary Judgment of Western Express (Docket Nos. 44, 51) is **DENIED** as **MOOT**.

It is so ordered.

Enter this 2nd day of December 2005.

_____
ALETA A. TRAUGER
United States District Judge